# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 25 2008
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

United States of America )
v. )
) Case No: 4:03CR70126-001
Anthony Maurice Robertson )
) USM No: 10209-084
Date of Previous Judgment: July 1, 2004 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __144__ months **is reduced to** __130*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __25__      Amended Offense Level: __23__
Criminal History Category: __IV__      Criminal History Category: __IV__
Previous Guideline Range: __84__ to __105__ months      Amended Guideline Range: __70__ to __87__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

* Defendant's total term of imprisonment of 130 months consists of 70 months as to count 1 and 60 months as to count 2, to be served consecutively.

Except as provided above, all provisions of the judgment dated __July 1, 2004__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3-25-08

Effective Date: ~~March 3, 2008~~ 4-7-08
(if different from order date)

/s/ Jackson L. Kiser
Judge's signature

Senior United States District Judge Jackson L. Kiser
Printed name and title